IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEONTE, DANIELLE, DANIEL, DINAH, AND DEANNA McFADDEN, minors, by their parent and next friend, Tracy McFadden, et al., ) ) ) ) Plaintiffs, ) ) v. ) ) BOARD OF EDUCATION FOR ILLINOIS SCHOOL DISTRICT U-46, ) ) ) Defendant. ) | Case No. 05 C 0760 Judge Robert W. Gettleman |

## ORDER

This Court, having considered the Settlement Agreement (Doc. No. 787); having entered an order on February 25, 2014, granting preliminary approval to the Settlement Agreement; having directed that notice be given to Class members of the Settlement Agreement and of a hearing on March 31, 2014, to determine whether the Settlement Agreement should be finally approved and to hear any objections to the Settlement Agreement; having convened the fairness hearing; and having considered the merits of the settlement terms and the fact that no objections thereto were submitted by any Class Members, hereby ORDERS that:

1. This Court has jurisdiction over the subject matter of this litigation with respect to all claims and over all parties to this litigation, including all Class members.

2. The Court has carefully considered the Settlement Agreement and has evaluated it to determine that the settlement "is fair, reasonable, and adequate." Fed. R. Civ. Pro. 23(e)(2).

1079969.1

3. This Court finds the parties properly posted the Notice of Proposed Class Action Settlement.

    a. On March 3, 2014, the Notice was published in English in the *Daily Herald*, an English language newspaper of general circulation in the School District. The Notice was also published in Spanish in *Reflejos*, a Spanish language newspaper of general circulation in the School District, on March 2, 2014.

    b. The Settlement Agreement, Program explanation, and Notice were posted in both languages on the School District's website from March 10-31, 2014, in English and in Spanish, and the documents were posted at the School District's administrative offices.

4. Members of the Class had twenty-one (21) days after such notice was initially published to submit to the Court any objections to the Settlement Agreement.

5. The Court received no objections to the Settlement Agreement.

6. On March 31, 2014 at 10 a.m., the Court convened a fairness hearing and no objectors appeared.

    a. Appearing at the hearing on behalf of the plaintiff class were their attorneys Stewart Weltman, Alonzo Rivas and Carol Ashley.

    b. Appearing at the hearing on behalf of the School District were their attorneys, Patricia J. Whitten, Michael J. Hernandez, Maree Sneed and Miguel Rodriguez.

7. The Court hereby approves the Settlement Agreement and finds that the Settlement Agreement is, in all respects, fair, reasonable and adequate. The Settlement

1079969.1

Agreement shall be binding on the Plaintiffs and all Class members and the Defendant and shall be implemented according to its terms.

8. All claims of Plaintiffs and the Class members against the Defendant are hereby dismissed with prejudice.

ENTERED: March 31, 2014

_____
**Robert W. Gettleman**
**United States District Judge**

1079969.1